## 23500. ATLANTA CHEMICAL CO. v. HARDIN BAG & BURLAP CO.

STEPHENS, J. This case is controlled by the decision in *Atlanta Chemical Co.* v. *Hardin Bag Co.*, ante, 748.

*Judgment affirmed. Guerry, J., concurs. Jenkins, P. J., dissents. Sutton, J., disqualified.*